UNITED STATES DISTRICT COURT

CENTRAL COURT OF CALIFORNIA

| | |
|---|---|
| LARRY SINGLETON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No. 2:20-cv-06027-VEB<br><br>**ORDER GRANTING JOINT STIPULATION FOR ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |

　　　Based upon the Joint Stipulation for Attorneys' fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), **IT IS ORDERED** that attorneys' fees in the amount of seven thousand five hundred dollars ($7,500) are GRANTED, subject to the terms of the Stipulation.

Dated December 13, 2021　　　　/s/Victor E. Bianchini
　　　　　　　　　　　　　　　　VICTOR E. BIANCHINI
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE